Frederick J. Ernst, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Jerry Brown appeals from the trial court's entry of judgment convicting him of resisting a lawful detention. Brown argues on appeal that the trial court erred in overruling his motion for judgment of acquittal because there was insufficient evidence presented at trial to prove that: (1) Brown knew or should have known that a police officer was attempting to lawfully detain him; and (2) Brown knew why a police officer would be attempting to lawfully detain him. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Jerry Lemone BROWN, Appellant.

No. WD75456.

Missouri Court of Appeals, Western District.

Sept. 24, 2013.

Ryan F. Haigh, Columbia, MO, for respondent.

Rosalynn Koch and Alexa I. Pearson, Columbia, MO, for appellant.